L. C., by Johnathan ZIMRING, as guardian ad litem and next friend, et al., Plaintiffs–Appellees,

v.

Tommy OLMSTEAD, Commissioner of the Department of Human Resources; et al., Defendants–Appellants.

No. 97–8538.

United States Court of Appeals, Eleventh Circuit.

Dec. 21, 1999.

William F. Amideo, Atlanta, GA, Jefferson James Davis, Decatur, GA, for Defendants–Appellants.

Susan C. Jamieson, Atlanta Legal Aid Society, Decatur, GA, Steven D. Caley, Atlanta Legal Aid Society, Atlanta, GA, for Plaintiffs–Appellees.

Marie K. McElderry, Jessica Dunsay Silver, Appellate Section, Civil Rights Div., USDOJ, Washington, DC, for Amicus: USA.

Lois G. Williams, Howrey & Simon, Washington, DC, for Amicus: American Assoc. of Mental Retardation.

Ellen M. Saideman, Advocacy Ctr. for Persons w/Disabilities, Inc., Ft. Lauderdale, FL, for Amicus: Advocacy for Persons w/Disabilities, and others.

Before TJOFLAT and BARKETT, Circuit Judges, and PROPST*, Senior District Judge.

PER CURIAM:

We remand this case to the district court for proceedings consistent with the Supreme Court's opinion in *Olmstead v. L.C.,* —— U.S. ——, 119 S.Ct. 2176, 144 L.Ed.2d 540 (1999).